**Fill in this information to identify the case:**

Debtor   **ASTA Care Center of Elgin, LLC**

United States Bankruptcy Court for the **Northern District of Illinois**

Case number
(If known)

Check if this is:
- ☐ An amended filing

Chapter you are filing under:
- ☒ Chapter 7
- ☐ Chapter 9
- ☐ Chapter 11
- ☐ Chapter 12

BkAssist® Software Copyright© 2010-2015 by Walter Oney. All rights reserved.

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy   12/15

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | ASTA Care Center of Elgin, LLC |

| | | |
|---|---|---|
| 2. | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names and *doing business as* names | ASTA Care of Elgin, LLC<br>ASTA Healthcare of Elgin, LLC |

| | | |
|---|---|---|
| 3. | **Debtor's federal Employer Identification Number (EIN)** | 36-4069629 |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **134 North McLean**<br>Number  Street | **P.O. Box 5056**<br>Number  Street |
| **Elgin IL 60123**<br>City, State, ZIP Code | **Elgin IL 60121-5056**<br>City, State, ZIP Code |
| | **Location of principal assets, if different from principal place of business** |
| **Kane**<br>County | N/A |

5. **Debtor's website (URL)**

6. **Type of debtor**

☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other: Specify **N/A**

Debtor   ASTA Care Center of Elgin, LLC                                      Case number:

BkAssist® Software Copyright© 2010-2015 by Walter Oney. All rights reserved.

**7. Describe debtor's business**

A. *Check one:*

- ☒ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ☐ None of the above

B. *Check all that apply:*

- ☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.naics.com/search.

---

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

- ☒ Chapter 7
- ☐ Chapter 9
- ☐ Chapter 11. *Check all that apply:*
  - ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925.00 (amount subject to adjustment on (04/13) and every 3 years after that).
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☐ A plan is being filed with this petition.
  - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11 (Official Form 201A) with this form.
  - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12

---

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

- ☒ No
- ☐ Yes   District **N/A**   When _____ Case number _____
          MM/DD/YYYY

---

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

- ☒ No
- ☐ Yes   Debtor **N/A**   Relationship _____
          District _____   When _____ Case number _____
                               MM/DD/YYYY

---

**11. Why is the case filed in this district?**

*Check all that apply:*

- ☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
- ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

- ☒ No
- ☐ Yes. Answer below for each property that needs immediate attention.

## Part 2:   Statistical and administrative information

**13. Debtor's estimation of available funds**

*Check one:*

- ☐ Funds will be available for distribution to unsecured creditors.
- ☒ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000 - 5,000 | ☐ 25,001 - 50,000 |
| ☒ 50-99 | ☐ 5,001 - 10,000 | ☐ 50,001 - 100,000 |
| ☐ 100-199 | ☐ 10,001 - 25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

**15. Estimated assets**

| | | |
|---|---|---|
| ☒ $0 to $50,000 | ☐ $1,000,001 to $10 million | ☐ $500,000,001 to $1 billion |
| ☐ $50,001 to $100,000 | ☐ $10,000,001 to $50 million | ☐ $1,000,000,001 to $10 billion |
| ☐ $100,001 to $500,000 | ☐ $50,000,001, to $100 million | ☐ $10,000,000,001 to $50 billion |
| ☐ $500,001 to $1 million | ☐ $100,000,001 to $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 to $50,000 | ☐ $1,000,001 to $10 million | ☐ $500,000,001 to $1 billion |
| ☐ $50,001 to $100,000 | ☐ $10,000,001 to $50 million | ☐ $1,000,000,001 to $10 billion |
| ☐ $100,001 to $500,000 | ☐ $50,000,001, to $100 million | ☐ $10,000,000,001 to $50 billion |
| ☒ $500,001 to $1 million | ☐ $100,000,001 to $500 million | ☐ More than $50 billion |

## Part 3:   Request for Relief, Declaration, and Signatures

**WARNING**   Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

- I have been authorized to file this petition on behalf of the debtor.

- I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Michael Gillman                                    12/28/2015
Managing Member, authorized representative of ASTA Care Center of Elgin, LLC

MM/DD/YYYY

BkAssist® Software Copyright® 2010-2015 by Walter Oney. All rights reserved.

Debtor   ASTA Care Center of Elgin, LLC                                    Case number:

**18. Signature of Attorney**   /s/ Frank J. Kokoszka _____   12/28/2015 ____
                                Attorney for Debtor(s)                        MM/DD/YYYY

                                **Frank J. Kokoszka** _____
                                Printed name
                                **Kokoszka & Janczur, P.C.** _____
                                Firm name
                                **122 South Michigan Avenue** _____
                                Number   Street
                                **Suite 1070** _____

                                **Chicago IL 60603** _____
                                City, State, ZIP Code

                                **312-429-7861** _____   **fkokoszka@k-jlaw.com** _____
                                Contact phone                      Email address
                                **6201436** _____
                                Bar number

BkAssist® Software Copyright© 2010-2015 by Walter Oney. All rights reserved.

**Fill in this information to identify the case:**

Debtor      __ASTA Care Center of Elgin, LLC__

United States Bankruptcy Court for the __Northern District of Illinois__

Case number _____
(If known)

☐ Check if this is an amended filing

## Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐   Schedule A/B: Assets--Real and Personal Property (Official Form 206A/B)

☐   Schedule D: Creditors Who Have Claims Secured by Property (Official Form 206D)

☐   Schedule E/F: Creditors Who Have Unsecured Claims (Official Form 206E/F)

☐   Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G)

☐   Schedule H: Codebtors (Official Form 206H)

☐   Summary of Assets and Liabilities for Non-Individuals (Official Form 206 - Summary)

☐   Amended Schedule

☐   Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders (Official Form 204)

☒   Other document that requires a declaration **Statement of Corporate Ownership, Verification of Creditor Matrix**

I declare under penalty of perjury that the foregoing is true and correct.

__/s/ Michael Gillman_____          __12/28/2015_____
Signature of individual signing on behalf of debtor                            MM / DD / YYYY

__Michael Gillman_____
Printed name

__Managing Member_____
Position or relationship to debtor

BkAssist® Software Copyright© 2010-2015 by Walter Oney. All rights reserved.

BkAssist® Software Copyright© 2010-2015 by Walter Oney. All rights reserved.

**Fill in this information to identify the case:**

Debtor        <u>**ASTA Care Center of Elgin, LLC**</u>

United States Bankruptcy Court for the <u>**Northern District of Illinois**</u>

Case number _____
(If known)

Check if this is:
☐ An amended filing
☐ A supplement disclosing additional payments or agreements as of

# Form BKA-2030
# Disclosure of Compensation of Attorney for Debtor        12/15

Use this procedural form, if desired, to disclose the matters enumerated in 11 U.S.C. § 329 and Fed. R. Bankr. P. 2016(b).

Disclosure is required within 14 days after the order for relief or another time as the court may direct. A supplemental disclosure is required within 14 days after any payment or agreement not previously disclosed.

Attach a copy of the retainer agreement, if any.

## Part 1:    Compensation

For legal services, I have agreed to accept...........................    **$2,165.00**

Prior to the filing of this statement I have received
        Retainer for legal services...............................................    **$2,165.00**

        Retainer for expenses, including the court filing fee ......    **$335.00**

Balance Due ......................................................................    **$0.00**

2.  The source of the compensation paid to me was:

    ☐ Debtor    ☒ Other (specify) **We R Counseling, Inc. (Michael Gillman)**

3.  The source of compensation to be paid to me is:

    ☐ Debtor    ☐ Other (specify)    ☒ N/A

4.  ☒    I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐    I have agreed to share the above-disclosed compensation with another person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

## Part 2:    Services

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.    Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy.

    b.    Preparation and filing of any petition, schedules, statement of affairs and plan that may be required.

    c.    Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof.

    d.    ~~Representation of the debtor in adversary proceedings and other contested bankruptcy matters.~~

    e.

f.

6.   By agreement with the debtor(s), the above-disclosed fee does not include the following services:

**Adversary Proceedings**

7.   A copy of my retainer agreement ☐ is   ☒ is not attached.

---

<span style="background:black;color:white">**Part 3:**</span>   **Certification**

I certify that the foregoing is a complete statement of any agreement  or arrangement for payment to me for representation of the debtor(s) in this bankruptcy case.

/s/ Frank J. Kokoszka                                                      12/28/2015
Frank J. Kokoszka (Kokoszka & Janczur, P.C.)                              Date

BkAssist® Software Copyright© 2010-2015 by Walter Oney. All rights reserved.

**KOKOSZKA & JANCZUR, P.C.**

ATTORNEYS AT LAW

122 SOUTH MICHIGAN AVENUE
SUITE 1070
CHICAGO, ILLINOIS 60603-6270

FRANK J. KOKOSZKA
JOHN L. JANCZUR

MARK D. LISTON
OF COUNSEL
EDWARD JANCZUR

PHONE: (312) 443-9600
FAX: (312) 443-5704

WEBSITE: www.k-jlaw.com

December 3, 2015

**Via E-Mail & Personal Delivery**
ASTA Care Center of Elgin, LLC
c/o Dr. Michael Gillman

> **Re:    Terms of Retention as Attorney (Bankruptcy)**

Dear Dr. Gillman:

As we discussed, it is this firm's standard practice to have a retention letter agreement with new clients and/or new engagements (the "Engagement Agreement"). This Engagement Agreement is also required by the local rules for the U.S. Bankruptcy Court for the Northern District of Illinois, and may also be required under the Bankruptcy Abuse Prevention and Consumer Protection Act of 2005 (the "BAPCPA"). This Engagement Agreement will set forth the terms of our firm's representation of ASTA Care Center of Elgin, LLC ("ASTA-Elgin") in a chapter 7 bankruptcy case. You should carefully read the rest of this letter and countersign the enclosed copy of it. Please feel free to call me if you have any questions but be sure that any clarification you get is incorporated in this letter before you countersign it. This will avoid any misunderstandings. This law firm will not do any work on your behalf until I receive a retainer and a signed Engagement Agreement.

**Nature of Engagement.** This Engagement Agreement is between Kokoszka & Janczur, P.C., (an Illinois Professional Corporation, engaged in the practice of law and possibly a Debt Relief Agency as currently defined under the U.S. Bankruptcy Code) and ASTA Care Center of Elgin, LLC ("Client"). The nature of this representation is to represent ASTA-Elgin in its bankruptcy case. My fee for a Chapter 7 case of this nature will be a total of $2,500.00 which includes the filing fee of $335.00. As additional facts are presented, the fees we charge may be subject to change. My fee includes the following standard services:

- Analysis of Client's financial condition;

- Advising Client as to the advisability and/or eligibility of seeking relief in bankruptcy under chapter 7, 11 or chapter 13 of the Bankruptcy Code;

ASTA Care Center of Elgin, LLC
c/o Dr. Michael Gillman
December 3, 2015
Page 2 of 4

- Assisting the Client in assembling documents necessary for or in connection with the filing of a Bankruptcy Petition;

- Advising Client to availability of personal exemptions under applicable law;

- Assisting Client in meeting all conditions precedent to making a petition for relief under the Bankruptcy Code and in meeting all conditions precedent to obtaining a discharge, if Client is eligible to receive a discharge;

- Preparing Client for examination at meeting of creditors pursuant to Section 341 of the Bankruptcy Code;

- Assisting the Client in the enforcement of the automatic stay, if required;

- Communication with the Client's bankruptcy trustee, as necessary.

- Communication with the Client's creditors, as necessary.

If our firm does work on your behalf and you then decide not to file for bankruptcy or to not have our firm represent you in the bankruptcy filings, I will charge you at my usual hourly rate of $350.00 per hour for any work done.

**Retainer & Fees.** The entire fee ($2,500.00) must be paid before we file the bankruptcy case.

**Additional Services.** If your case becomes more complex, requiring anything beside what is listed above under "Nature of Engagement", I will require an additional fee for additional services. Client agrees to pay for legal services beyond "Standard Services" at the prevailing hourly rates of the attorneys of Kokoszka & Janczur, P.C. For example, if creditors file an objection or other action such as a request for a Rule 2004 exam and attendance at an exam or if the trustee attempts to liquidate any property, then I will most likely represent you at my usual hourly rate, which is currently $350.00 per hour. My hourly rate is subject to change upon thirty (30) days written notice. Please note that our firm's representation of you in a bankruptcy case does not include, inter alia, "cleaning-up" your credit report, post-bankruptcy.

**Results.** In the course of every matter, clients ask me for my advice and ask me to predict the likelihood of success and failure. I will give you the benefit of my honest judgment based on my experience. No lawyer can predict the outcome of every case. To the extent that I make predictions to help you evaluate your alternatives, you must understand that they are guesses based on my experience and not guarantees.

**Your Duties.** It is vital that you disclose all debts and all assets, any transfers of property or payments made to creditors within ninety days of the bankruptcy filing and any transfers of

ASTA Care Center of Elgin, LLC
c/o Dr. Michael Gillman
December 3, 2015
Page 3 of 4

property made to creditors who are insiders within one year of the bankruptcy filing, plus all other information required in the bankruptcy petition, bankruptcy schedules and statement of financial affairs. If you provide any false or intentionally incomplete information, the bankruptcy case may be dismissed and/or you may be prosecuted under criminal law for bankruptcy fraud. Your bankruptcy case is subject to audit by the U.S. Trustee's Office and other federal agencies and offices. If you do provide false and/or intentionally incomplete information, I will withdraw as your attorney.

When the bankruptcy petition is filed, an automatic stay will go into effect. The automatic stay generally prohibits creditors from taking any action to collect their claims outside of the Bankruptcy Court. For example, if the automatic stay is in effect creditors are not allowed to sue ASTA-Elgin, or to foreclose upon or repossess any of property without obtaining permission from the bankruptcy court. It is essential, of course, that I be notified of any threatened lawsuits, foreclosures, or repossessions, as well as all pending lawsuits or other actions so that we can make sure that the creditors and their attorneys are notified and the action stopped. In most cases liens on property will <u>not</u> be wiped out by the bankruptcy. If you have any concern as to specific debts or liens, please contact me.

**Termination and Withdrawal.** You have the right to terminate my services at any time. Please keep in mind that if you terminate my services after the bankruptcy case is filed, I will have to file a motion to withdraw and seek permission of the Court to withdraw. If you terminate my services you will still owe me my full fee (plus any additional fees earned) and reimbursement of my expenses to the date of termination. I also have the right to withdraw from representing you at any time, subject to applicable ethical and procedural rules.

**Client Cooperation and Communication.** In order to represent you, it is absolutely essential that I be able to reach you and that you cooperate with the preparation for any proceedings. Please notify me in writing immediately of any new addresses or telephone numbers.

While I pride myself on the attention that I give to my clients' matters, please know that there will be many times when I will be difficult to reach because I am in court, out of the office at a meeting or on the phone concerning another client's or possibly your case. If you call my office and I am not available, please let my assistant or the receptionist who takes the call know the reason for the call and any information (be as specific as possible) that will allow me to pertain to your matters as quickly as I can. You can also leave a confidential message on our voice-mail system. I can also be reached at my e-mail address: fkokoszka@k-jlaw.com.

ASTA Care Center of Elgin, LLC
c/o Dr. Michael Gillman
December 3, 2015
Page 4 of 4

Please countersign this letter below to show your agreement to these terms and return the countersigned copy to me. Upon receipt of a signed retention agreement and payment of the initial retainer, I will begin to work on your case. If you have any questions or concerns, please feel free to call me. I look forward to working with you. Thank you.

Very truly yours,

Frank J. Kokoszka for
Kokoszka & Janczur, P.C.

**APPROVED AND AGREED:**

Michael Gillman, individually
and as agent of ASTA Care Center of Elgin, LLC

Date

THE BANKRUPTCY CODE REQUIRES US TO EXPLICITLY AND
CONSPICUOUSLY INFORM YOU THAT:

"WE ARE A DEBT RELIEF AGENCY. WE HELP PEOPLE FILE FOR BANKRUPTCY
RELIEF UNDER THE BANKRUPTCY CODE."

# United States Bankruptcy Court
## Northern District of Illinois
## Chicago Division

In re: **ASTA Care Center of Elgin, LLC**                    Case No.

## VERIFICATION OF CREDITOR MATRIX

I(we) verify that the attached list of creditors and the matrix file to be uploaded in this case
are true and complete to the best of my(our) knowledge.

/s/ Michael Gillman                                          12/28/2015
Michael Gillman
Managing Member of ASTA Care Center of Elgin, LLC            Date

BkAssist® Software Copyright© 2010-2015 by Walter Oney. All rights reserved.

ACCU-MED Services
P.O. Box 641836
Cincinnati, OH  45264-1836

Accurate Biometrics
4849 North Milwaukee
Suite 101
Chicago, IL  60630

ACI
2450 Delta Lane
Elk Grove Village, IL  60007

Acme Refining Company
3357 South Justine
Chicago, IL  60608

Adaptive Easel
1304 West Washington Blvd.
Chicago, IL  60607

ADEASEL
1304 West Washington Blvd.
Chicago, IL  60607

ADP, LLC
One ADP Drive MS-100
Augusta, GA  30909

Advacare Systems, Inc.
23838 Network Place
Chicago, IL  60673-1238

Advanced Disposal Services
Solid Waste Midwest LLC
PO Box 74008053
Chicago, IL  60674-8053

Affiliated Dialysis
800 Roosevelt Road
Suite C 1
Glen Ellyn, IL  60137

Airgas North Central
PO Box 802576
Chicago, IL  60680-2576

Alco Sales & Service Co.
6851 High Grove Blvd.
Burr Ridge, IL  60521

Altorfer Inc.
c/o Teller, Levit & Silvertrust
19 South LaSalle- Suite 1920
Chicago, IL  60603

Altus Global Trade Solutions
2400 Veterans Memorial Blvd.
Kenner, LA  70062

Anna's Healthcare Apparel
8830 Lowell Terrace
Skokie, IL  60076

ASTA Healthcare of Ford County

Atec Ambulance, Inc.
2404 Millenium Drive
Elgin, IL  60124

Avadanian & Associates, LLC
281 Young Harris St.
Suite D PMB 273
Blairsville, GA  30512

Briggs Healthcare Products
PO Box 1355
Des Moines, IA  50305

Cal Devon Urgent Care
6415 North California Avenue
Chicago, IL  60645

Call One
P.O. Box 87618
Dept. # 10278
Chicago, IL  60680-0618

Cardiac Diagnostic
3357 Commercial Avenue
Northbrook, IL  60062

Carlin & Associates
700 Claire Lane
Prospect Heights, IL   60070

Carstens
P.O. Box 99110
Chicago, IL   60693

Century Manufacturing Corp.
PO Box 2208
Seaford, NY   11783

CIT Technology Financial Services, Inc.
21146 Network Place
Chicago, IL   60673-1211

City of Elgin
130345-11808
150 Dexter Ct.
Elgin, IL   60120

Clia Laboratory
PO Box 530882
Atlanta, GA   30353-0882

Colleen Thomas

Comcast Phone, LLC
16333 Collections Center Dr.
Chicago, IL   60693

Cythia Chow & Associates
5061 North Pulaski Avenue
Chicago, IL   60630

Diamond Insurance Company
1051 Perimeter Drive, Suite 620
Schaumburg, IL   60173

DuPage Eye Surgery Center
2015 North Main Street
Wheaton, IL   60187

Ecolab
PO Box 70343
Chicago, IL   60673

Ecolab Food Safety Specialities
24198 Network Place
Chicago, IL  60673-1241

Edward Don Company
2562 Paysphere Circle
Chicago, IL  60674

Enloe Drugs, LLC.
Omnicare Pharmacies
PO Box 952011
Saint Louis, MO  63195

Fern Office Supplies
P.O. Box 100895
Atlanta, GA  30384-4174

First Energy Solutions
PO Box 3622
Akron, OH  44309-3622

First Insurance Funding Corp.
450 Skokie Blvd.
Northbrook, IL  60062

Fitzsimmons  Home Medical Services
PO Box 497
Oak Forest, IL  60452

Franklin Printing
1844 Flatbush Avenue
Brooklyn, NY  11210

Frederick Frankel
6234 North Central Park
Chicago, IL  60659

Gerimedix Midwest
421 Van Brunt Street
Brooklyn, NY  11231

GreensFelder, Hemker & Gale, P.C.
10 South Broadway
Suite 2700
Saint Louis, MO  63102

HD Supply Facilities Maint.
PO Box 509058
San Diego, CA  92150-9058

Health Data Systems
1515 East Woodfield Road
Suite100
Schaumburg, IL  60173

Illinois Department of Public Aid
PO Box 19491
Springfield, IL  62794

Illinois Department of Revenue
PO Box 88294
Chicago, IL  60680

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA  19101-7346

Johnson & Bell
33 West Monroe Street
Suite 2700
Chicago, IL  60603

Labpro, Inc.
1000 Vandustrial Drive
Westmont, IL  60559

Law Offices of Pucin & Friedland, P.C.
1699 East Woodfield Road
Suite 360A
Schaumburg, IL  60173

Med Mizer
PO Box 2689
Carol Stream, IL  60132-2689

Medical Diagnostic Services
3701 West Jarvis Avenue
Skokie, IL  60076

Medifax-EDI
PO Box 572490
Murray, UT  84157-2490

Medway Services LLC
7518 St. Louis Avenue
Skokie, IL  60076

Michael Abramson
8918 West Pico Boulevard
No. 120
Los Angeles, CA  90035

Nicor Gas
PO Box 632
Aurora, IL  60507

Northwest Health Care Assoc
2500 West Higgins
Suite 505
Hoffman Estates, IL  60169

Occupational Health Services
Provena St. Joseph's Hospital
77 North Airlite Suite 130
Elgin, IL  60123

Pegasus Custom Furniture
10245 Pacific Avenue
Franklin Park, IL  60131

Personnel Planners, Inc
913 West Van Buren #3A
Chicago, IL  60607

Pitney Bowes Credit Corp.
PO Box 856460
Louisville, KY  40285

Pointclickcare
Wescom Solutions
PO Box 674802
Detroit, MI  48267-4802

Private Bank
120 South LaSalle
Chicago, IL  60603

Public Storage
1300 East Chicago Street
Elgin, IL  60123

Purchase Power
PO Box 371874
Pittsburgh, PA  15250-7874

Sentry Pest Control, Inc.
PO Box 597451
Chicago, IL  60659

Sherman Hospital
35134 Eagle Way
Chicago, IL  60678

Stone, McGuire & Siegel
801 Skokie Boulevard
Suite 200
Northbrook, IL  60062

Tessendorf Mechanical
45 Center Drive
Genoa, IL  60135

Thoms Proestler Company
8001 TPC Raod
PO Box 7210
Rock Island, IL  61204

TwinMed LLC
11333 Greenstone Avenue
Santa Fe Springs, CA  90670

United RX, LLC
150 Fencl Lane
Hillside, IL  60162

Waste Management West
PO Box 4648
Carol Stream, IL  60197-4648

Zeidman & Associates, Ltd.
4709 Golf Road, Suite 1140
Skokie, IL  60076

# United States Bankruptcy Court
## Northern District of Illinois

In re: **ASTA Care Center of Elgin, LLC**          Case No.

Chapter **7**

## STATEMENT OF CORPORATE OWNERSHIP

Pursuant to Fed. R. Bankr. P. 1007(a)(1), the Debtor declares as follows:

☐   The debtor is a corporation that is a governmental unit and is therefore not required to provide a statement of ownership.

☒   No corporation, other than a governmental unit, directly or indirectly owns 10% or more of any class of the debtor's equity interests:

☐   The following is a list of every corporation, other than a governmental unit, that directly or indirectly owns 10% or more of any class of the debtor's equity interests:

I, the Managing Member of the above named Debtor, declare under penalty of perjury  that I have read the foregoing Statement of Corporate Ownership and that it is true and correct to the best of my information and belief.

/s/ Michael Gillman                                                   12/28/2015
Managing Member                                                      Date

BkAssist® Software Copyright© 2010-2015 by Walter Oney. All rights reserved.

Debtor   ASTA Care Center of Elgin, LLC                                                    Case number:

**11. Why is the case filed in**
**this district?**

*Check all that apply:*

☒ Debtor has had its domicile, principal place of business, or principal assets in this district for
180 days immediately preceding the date of this petition or for a longer part of such 180 days
than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this
district.

**12. Does the debtor own or**
**have possession of any**
**real property or**
**personal property that**
**needs immediate**
**attention?**

☒ No

☐ Yes. Answer below for each property that needs immediate attention.

---

**Part 2:**   **Statistical and administrative information**

**13. Debtor's estimation of**
**available funds**

*Check one:*

☐ Funds will be available for distribution to unsecured creditors.

☒ After any administrative expenses are paid, no funds will be available for distribution to
unsecured creditors.

**14. Estimated number of**
**creditors**

☐ 1-49
☒ 50-99
☐ 100-199
☐ 200-999

☐ 1,000 - 5,000
☐ 5,001 - 10,000
☐ 10,001 - 25,000

☐ 25,001 - 50,000
☐ 50,001 - 100,000
☐ More than 100,000

**15. Estimated assets**

☒ $0 to $50,000
☐ $50,001 to $100,000
☐ $100,001 to $500,000
☐ $500,001 to $1 million

☐ $1,000,001 to $10 million
☐ $10,000,001 to $50 million
☐ $50,000,001, to $100 million
☐ $100,000,001 to $500 million

☐ $500,000,001 to $1 billion
☐ $1,000,000,001 to $10 billion
☐ $10,000,000,001 to $50 billion
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 to $50,000
☐ $50,001 to $100,000
☐ $100,001 to $500,000
☒ $500,001 to $1 million

☐ $1,000,001 to $10 million
☐ $10,000,001 to $50 million
☐ $50,000,001, to $100 million
☐ $100,000,001 to $500 million

☐ $500,000,001 to $1 billion
☐ $1,000,000,001 to $10 billion
☐ $10,000,000,001 to $50 billion
☐ More than $50 billion

---

**Part 3:**   **Request for Relief, Declaration, and Signatures**

**WARNING**   Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000
or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and**
**signature of authorized**
**representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in
this petition.

• I have been authorized to file this petition on behalf of the debtor.

• I have examined the information in this petition and have a reasonable belief that the information
is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Michael Gillman                                          12/28/2015

Managing Member, authorized representative of ASTA Care Center of Elgin,
LLC                                                                 MM/DD/YYYY

---

BkAssist® Software Copyright© 2010-2015 by Walter Oney. All rights reserved.

BkAssist® Software Copyright© 2010-2015 by Walter Oney. All rights reserved.

**Fill in this information to identify the case:**

Debtor    **ASTA Care Center of Elgin, LLC**

United States Bankruptcy Court for the **Northern District of Illinois**

Case number
(If known)

☐ Check if this is an amended filing

# Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐   Schedule A/B: Assets--Real and Personal Property (Official Form 206A/B)

☐   Schedule D: Creditors Who Have Claims Secured by Property (Official Form 206D)

☐   Schedule E/F: Creditors Who Have Unsecured Claims (Official Form 206E/F)

☐   Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G)

☐   Schedule H: Codebtors (Official Form 206H)

☐   Summary of Assets and Liabilities for Non-Individuals (Official Form 206 - Summary)

☐   Amended Schedule

☐   Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders (Official Form 204)

☒   Other document that requires a declaration **Statement of Corporate Ownership, Verification of Creditor Matrix**

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Michael Gillman      _(signature)_         12/28/2015
Signature of individual signing on behalf of debtor        MM / DD / YYYY

Michael Gillman
Printed name

Managing Member
Position or relationship to debtor

Debtor   ASTA Care Center of Elgin, LLC

Case number:

f.

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following services:

**Adversary Proceedings**

7.  A copy of my retainer agreement ☐ is   ☒ is not attached.

**Part 3:**      **Certification**

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy case.

/s/ Frank J. Kokoszka                                                                                          12/28/2015
Frank J. Kokoszka (Kokoszka & Janczur, P.C.)                                                    Date

BkAssist® Software Copyright© 2010-2015 by Walter Oney. All rights reserved.

# United States Bankruptcy Court
## Northern District of Illinois
## Chicago Division

In re: **ASTA Care Center of Elgin, LLC**          Case No.

## VERIFICATION OF CREDITOR MATRIX

I(we) verify that the attached list of creditors and the matrix file to be uploaded in this case
are true and complete to the best of my(our) knowledge.

/s/ Michael Gillman
Michael Gillman
Managing Member of ASTA Care Center of Elgin, LLC

12/28/2015

Date

BkAssist® Software Copyright® 2010-2015 by Walter Oney. All rights reserved.

# United States Bankruptcy Court
## Northern District of Illinois

In re: **ASTA Care Center of Elgin, LLC**                Case No.

Chapter **7**

## STATEMENT OF CORPORATE OWNERSHIP

Pursuant to Fed. R. Bankr. P. 1007(a)(1), the Debtor declares as follows:

☐ The debtor is a corporation that is a governmental unit and is therefore not required to provide a statement of ownership.

☒ No corporation, other than a governmental unit, directly or indirectly owns 10% or more of any class of the debtor's equity interests:

☐ The following is a list of every corporation, other than a governmental unit, that directly or indirectly owns 10% or more of any class of the debtor's equity interests:

I, the Managing Member of the above named Debtor, declare under penalty of perjury that I have read the foregoing Statement of Corporate Ownership and that it is true and correct to the best of my information and belief.

/s/ Michael Gillman                                          12/28/2015
Managing Member                                             Date

BkAssist® Software Copyright© 2010-2015 by Walter Oney. All rights reserved.